THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0173-JCC |
| Plaintiff, | ORDER |
| v. | |
| WEI QUAN WU, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 27). Having thoroughly considered the briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Trial is currently scheduled for December 28, 2020. (*See* Dkt. No. 30.) The parties argue a continuance is necessary because the case is complex, discovery is substantial, and defense counsel need additional time to effectively prepare pretrial motions and for trial. (*See* Dkt. No. 27 at 6–8.) The Court also considers the context in which this motion arises. The COVID-19 pandemic continues to significantly impact the Court's operations. (*See* General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20 each of which the Court incorporates by reference.) Specifically, the pandemic has made it difficult for the Court to obtain an adequate spectrum of jurors to represent a fair cross section of the community, and public health guidance has impacted the ability of jurors, witnesses, counsel, and Court staff to be present in the courtroom.

ORDER
CR20-0173-JCC
PAGE - 1

1  (*See generally id.*)

2       Accordingly, the Court FINDS that the ends of justice served by continuing trial until

3  December 2021 outweigh the best interests of Defendants and the public to a speedy trial. *See* 18

4  U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

5         1.  Given the complexity of this case and the extraordinary volume of discovery, a failure

6            to grant a continuance would deny Defendants' counsel reasonable time necessary for

7            effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

8         2.  The COVID-19 pandemic has made it difficult for the Court to obtain an adequate

9            spectrum of jurors to represent a fair cross section of the community, which would

10           likely make proceeding with an earlier trial impossible or would result in a

11           miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

12        3.  Public health guidance has impacted the ability of jurors, witnesses, counsel, and

13           Court staff to be present in the courtroom. Therefore, proceeding with an earlier trial

14           would likely be impossible or would result in a miscarriage of justice. *See* 18 U.S.C.

15           § 3161(h)(7)(B)(i).

16 Accordingly, the Court GRANTS the motion (Dkt. No. 27) and ORDERS as follows:

17        1.  The jury trial is CONTINUED to December 13, 2021 at 9:30 a.m.

18        2.  The pretrial motions deadline is CONTINUED until November 1, 2021.

19        3.  The period from the date of this order until December 13, 2021 is an excludable time

20           period under 18 U.S.C. § 3161(h)(7)(A).

21      DATED this 1st day of December 2020.

22

23

24                                       _____

25                              John C. Coughenour
                             UNITED STATES DISTRICT JUDGE

26

ORDER
CR20-0173-JCC
PAGE - 2