THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WEI QUAN WU and DA BIAO WU,<br><br>　　　　　　Defendants. | CASE NO. CR20-0173-JCC<br><br>ORDER |

This matter comes before the Court on Defendants' joint motion to continue the trial date and pretrial motions deadline. (Dkt. No. 42.) Trial in this case is currently set for December 13, 2021. (Dkt. No. 35.)

Defendants indicate that a continuance is necessary to review voluminous discovery and effectively represent their clients. (*See* Dkt. No. 42 at 5.) Production to date has included a large volume of surveillance photographs, many hours of surveillance and pole camera videos, scores of photographs documenting the searches of dozens of locations, voluminous law enforcement reports, numerous digital devices, and business and financial records. (*Id.*) There is also a considerable volume of physical evidence seized during the many search warrants executed in this and related cases. (*Id.*) The Government does not oppose a continuance. (*Id.* at 4.)

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendants

and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

    1.    In light of the complexity of the case, it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

    2.    Failure to grant a continuance would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, the Court ORDERS:

    1.    Defendants' motion (Dkt. No. 42) is GRANTED.

    2.    The December 13, 2021 jury trial is CONTINUED to May 16, 2022.

    3.    The pretrial motions deadline is CONTINUED until April 15, 2022.

    4.    The period from the date of this order until May 16, 2022 is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 15th day of November 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE