THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEI QUAN WU and DA BIAO WU,<br><br>　　　　　Defendants. | CASE NO. CR20-0173-JCC<br><br>ORDER |

This matter comes before the Court on Defendants' joint unopposed motion to continue the trial date and pretrial motions deadline. (Dkt. No. 47.) Trial in this case is currently set for May 16, 2022. Having thoroughly considered the relevant record, and for the reasons described below, the Court hereby GRANTS the motion.

Defendants indicate that a continuance is necessary to review voluminous discovery and effectively represent their clients. (*See* Dkt. No. 47 at 3–4.) Production includes hundreds of thousands of pages of documents, over fifty terabytes of surveillance video, and hundreds of seized digital devices. (*Id.* at 4.) In addition, Defendants speak Taishanese and there have been significant challenges in securing specialized Taishanese interpreters for Defendants to communicate with counsel and review discovery together. (*Id.* at 3–4.) Finally, the ongoing COVID-19 pandemic has made it more difficult for Defendants to meet with counsel and interpreters to review discovery. (*Id.* at 4.)

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendants and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1. In light of the complexity of the case, it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

2. Failure to grant a continuance would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, the Court ORDERS:

1. Defendants' motion (Dkt. No. 47) is GRANTED.
2. The May 16, 2022 jury trial is CONTINUED to October 10, 2022.
3. The pretrial motions deadline is CONTINUED until September 2, 2022.
4. The period from the date of this order until October 10, 2022 is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 11th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE