THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR20-0173-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| WEI QUAN WU, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defendant Wei Quan Wu's unopposed[1] motion to continue trial (Dkt. No. 53). Having thoroughly considered the relevant record, the Court GRANTS the motion for the reasons described below.

Defendant was indicted for Conspiracy to Manufacture and Distribute Marihuana, Possession with Intent to Distribute Marihuana, and Manufacturing and Possessing with Intent to Distribute Marihuana. (Dkt. No. 1 at 5.) He was arraigned in November 2020 and trial is currently set for October 10, 2022. (Dkt. Nos. 30, 49.) Defendant moves to continue the trial to March 13, 2023. (Dkt. No. 53 at 1.) In support, he cites, among other things, the additional time newly-appointed co-defense counsel needs to review voluminous discovery. (*Id.* at 2, *see also* Dkt. No. 54.)

---

[1] Defendant Wei Quan Wu represents that neither the Government nor his co-defendant Da Biao Wu oppose. (*See* Dkt. No. 53 at 1.)

Based on Defendant's representations, the Court FINDS the following:

1. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time necessary for effective preparation, to review discovery, consider possible defenses, and gather evidence material to the defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

2. Proceeding to trial absent adequate time for the defense to prepare, taking into account the exercise of due diligence, would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The additional time requested for trial results in a reasonable period of delay for each of the Defendants in this matter. 18 U.S.C. § 3161(h)(6).

It is thus ORDERED that trial shall be continued to March 13, 2023. It is further ORDERED that the time between the date of this order and the new trial date is excludable time under 18 U.S.C. § 3161(h)(7)(A). Any pretrial motions shall be filed no later than December 9, 2022.

DATED this 29th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE