UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-173-JCC |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **FINAL ORDER OF FORFEITURE** |
| WEI QUAN WU, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following Subject Property:

1. $314,320 in U.S. currency that was seized from Wei Quan Wu's residence on October 21, 2020;

2. the real property located at 310 Seattle Boulevard South, Pacific, Washington, titled to Wei Quan Wu, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as:

//
//

~~Proposed~~ Final Order of Forfeiture - 1
*United States v. Wei Quan Wu,* CR20-173-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

LOTS 27, 28, 29 AND 30, BLOCK 10, C.D. HILLMAN'S PACIFIC CITY ADDITION TO THE CITY OF SEATTLE DIV. NO. 1, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 13 OF PLATS, PAGE(S) 64, RECORDS OF KING COUNTY, WASHINGTON.

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

KING COUNTY PARCEL NUMBER 3353402175

TAX PARCEL NUMBER 335340-2175-04;

3. $67,505 in currency that was seized from Wei Quan Wu's residence in February 2018;

4. $19,500 in currency seized from Bank of America safe deposit box #583 in February 2018;

5. $3,004.30 in funds seized from US Bank acct -8767 in February 2018;

6. $5,699.16 in funds seized from US Bank acct -8766 in February 2018;

7. $6,077.12 in funds seized from Bank of America acct -1839 in February 2018;

8. $1,755.89 in funds seized from Bank of America acct -1839 in February 2018;

9. $5,161.65 in funds seized from Bank of America acct -7790 in February 2018; and

10. $1,147.04 in funds seized from Bank of America acct -7790 in February 2018.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On October 27, 2023, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting Defendant's interest in it (Dkt. No. 102).

~~Proposed~~ Final Order of Forfeiture - 2
*United States v. Wei Quan Wu,* CR20-173-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 117).
- Pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), the United States provided direct notice via mail to potential claimants City of Pacific, Washington, and an individual with the initials, S.Q.K. (*see* Johnson Decl., ¶¶ 2(a), 2(e), Exhibits A, E) and via hand-delivery to an individual with the initials Q.F.K. (*id.*, ¶¶ 2(b), 2(d), Exhibits B, D).
- Pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), the United States mailed notice addressed to "Residents" at the preliminarily forfeited real property located at 310 Seattle Boulevard South, Pacific, Washington, however, the location was vacant, and the notice was returned to sender, marked "Not Deliverable as Addressed" and "Unable to Forward." On July 5, 2024, U.S. Postal Inspector attempted to hand-deliver a copy of the notice to the residents, if any, at this real property, however, there was no access to the residence's front door due to the overgrowth of the lawn, and there was no mailbox present on the mailbox post. A neighbor told the Postal Inspectors that no one had lived at the property after a raid had happened some years ago. *Id.*, ¶ 2(c), Exhibit C.
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States.

Proposed Final Order of Forfeiture - 3
*United States v. Wei Quan Wu,* CR20-173-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the United States Postal Inspection Service, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

4. With respect to the above-described real property located at 310 Seattle Boulevard South, Pacific, Washington:

   a. Based upon investigation, the real property is believed to be vacant. Accordingly, the United States Marshals Service (USMS) and its agents and representatives may immediately enter the premises and take possession during daylight hours. Upon taking possession of said real property, any personal property found therein shall be deemed abandoned and may be disposed of at the discretion of the USMS without further liability.

   b. If the USMS encounter any individuals at said real property when they enter the premises, the USMS may remove said individuals and their personal property during daylight hours. The USMS may dispose of said personal property at its discretion without further liability.

   c. The USMS may be accompanied by any federal, state, or local law enforcement officers the USMS has selected to ensure the safety of any person.

   d. The USMS may use such force as is reasonably necessary to accomplish the above and may change the locks on said real property.

IT IS SO ORDERED.

DATED this 28th day of October 2024.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

~~Proposed~~ Final Order of Forfeiture - 4
*United States v. Wei Quan Wu,* CR20-173-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2462
Fax: 206-553-6934
Email: Karyn.S.Johnson@usdoj.gov

~~Proposed~~ Final Order of Forfeiture - 5
*United States v. Wei Quan Wu,* CR20-173-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970